**Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00850-CV

_____

## THE ESTATE OF MARGARET KLOVENSKI, JAKE KLOVENSKI, AND MARY HASSLER, INDIVIDUALLY AND AS NEXT FRIENDS,
### Appellants

## V.

## DR. ASHISH KAPOOR, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2009-31943**

## O R D E R

Appellants' brief was due December 16, 2013**.** No brief or motion for extension of time has been filed.

Unless appellants file their brief with the clerk of this court on or before **February 7, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM